CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAR GUNTAMADUGU, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>JOSEPH B. EDLOW, Director, United States<br>Citizenship and Immigration Services, *et al.*,<br><br>          Defendants. | Case No. 3:26-cv-00426 AMO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' REPLY; [~~PROPOSED~~] ORDER** |

     Defendants apologize to the Court for not submitting this extension request at least seven days prior. Due to competing workloads, Defendants need more time to file their reply. On March 23, 2026, Defendants filed their Motion to Dismiss, setting the deadline for Defendants' reply in support of their motion to dismiss to April 13, 2026. Dkt. No. 7. Plaintiffs and Defendants respectfully request the Court to grant a five-day extension of time for Defendants' reply and set a due date for April 17, 2026. The parties make this request because Defendants need a brief additional time to finalize and file the reply.

///

///

Stipulation
C 3:26-cv-00426 AMO           1

Dated: April 13, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 13, 2026

*/s/ Jessica T. Arena*
JESSICA T. ARENA
Attorney for Plaintiffs

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their reply in support of their motion by April 17, 2026.

Date:   4/13/2026

ARACELI MARTÍNEZ-OLGUÍN

United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:26-cv-00426 AMO                          2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.     On March 23, 2026, Defendants filed their motion to dismiss. Dkt. No. 7

2.     On April 6, 2026, Plaintiffs filed their response to Defendants' motion to dismiss. Dkt. No. 9.

3.     On April 10, 2026, my office contacted Plaintiffs' counsel regarding Defendants' request for a brief extension of time to prepare their reply, and Plaintiffs' counsel consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 13, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation
C 3:26-cv-00426 AMO                              3