# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO  DIVISION

|  |  |
|---|---|
| Amar Guntamadugu, et al., | Case No.: 3:26-cv-00426-AMO |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUR-REPLY AND ACCEPTING PLAINTIFFS' SUR-REPLY INTO THE RECORD |
| Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS), and USCIS, | |
| Defendants. | Hearing Date: July 2, 2026<br>Time: 2:00 p.m.<br>Location: Courtroom 10, 19th Floor<br><br>Hon. Araceli Martinez-Olguin |

Before the Court is Plaintiffs' motion for leave to file a sur-reply in response to new arguments raised in Defendants' reply in support of their motion to dismiss. (Dkt. No. 16.) Upon review of Plaintiffs' motion, Defendants' motion, and Defendants' reply, the Court GRANTS Plaintiff's motion for leave to file a sur-reply. Plaintiffs' sur-reply (Dkt. No. 16-1) attached to their motion for leave to file is accepted and deemed submitted.

IT IS SO ORDERED.

Dated:   4/28/2026

_____
Araceli Martínez-Olguín
United States District Judge