UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMAR GUNTAMADUGU, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | Case No.  26-cv-00426-AMO<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING AND VACATING HEARING**<br><br>Re: Dkt. No. 7 |

Before the Court is Defendants Joseph B. Edlow and United States Citizenship and Immigration Services' motion to dismiss.  The Court determines that the motion is fully briefed and suitable for decision without oral argument.  Accordingly, the hearing set for July 2, 2026, is VACATED and the parties' motion to appear at the hearing by Zoom is TERMINATED as moot. *See* Civil L.R. 7-6, Fed. R. Civ. Pro. 78(b).  Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the Court ORDERS both sides to submit further briefing.

The Court finds the reasoning of Magistrate Judge Susan van Keulen particularly persuasive regarding the question of the Court's jurisdiction over "pace of adjudication" claims. *See Varniab v. Edlow*, No. 25-CV-10602-SVK, 2026 WL 485490, at *7 (N.D. Cal. Feb. 20, 2026). The Court is inclined to adopt the reasoning expressed in *Varinab* as well as its progeny, including *Gao v. Mullin*, No. 25-CV-01479-SVK, 2026 WL 948665 (N.D. Cal. Apr. 8, 2026), *Wang v. Edlow*, No. 25-CV-10689-SVK, 2026 WL 1021204 (N.D. Cal. Apr. 15, 2026), *Narayan v. Edlow*, No. 25-CV-11000-SVK, 2026 WL 1050227 (N.D. Cal. Apr. 16, 2026).  Accordingly, the Court ORDERS both parties to submit briefs of no more than five (5) pages each explaining why Judge van Keulen's reasoning applies or does not apply with equal force to the motion to dismiss

United States District Court<br>Northern District of California

pending in this case. The parties' simultaneous briefs shall be filed by no later than noon on July 10, 2026.

**IT IS SO ORDERED.**

Dated: June 25, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California